UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-00031(01) RM |
| ) | |
| MATTHEW MITCHEM ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 26, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 28], ACCEPTS defendant Matthew Mitchem's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   November 16, 2009

                                         /s/ Robert L. Miller, Jr.
                                         Chief Judge
                                         United States District Court